*Bank of America, N.A. v. Johnson*, 79-5-15 Oecv (Harris, J., June 28, 2018)

[The text of this Vermont trial court opinion is unofficial. It has been reformatted from the original. The accuracy of the text and the accompanying data included in the Vermont trial court opinion database is not guaranteed.]

## STATE OF VERMONT

SUPERIOR COURT
Orange Unit

CIVIL DIVISION
Docket No. 79-5-15 Oecv

Bank of America, N.A. vs. Johnson et al

## ENTRY REGARDING MOTION

Count 1, Foreclosure (79-5-15 Oecv)
Count 2, Foreclosure (79-5-15 Oecv)
Count 3, Foreclosure (79-5-15 Oecv)

Title:        Motion for Enlargement of Time (Motion 9)
Filer:        Bank of America, N.A.
Attorney:     Jeffrey J. Hardiman
Filed Date:   June 4, 2018

No response filed

**The motions are GRANTED, but the imposition of interest to be charged to the defendant borrower, for his 12 V.S.A. section 4949(a) redemption prior to judicial sale purposes, shall be limited to the sum due with interest as of 6/15/18. These delays are not the result of any borrower conduct .**

Electronically signed on June 27, 2018 at 10:05 AM pursuant to V.R.E.F. 7(d).

_____

Michael J. Harris
Superior Court Judge

Notifications:

Jeffrey J. Hardiman (ERN 4055), Attorney for Plaintiff Bank of America, N.A.
Defendant Angela J. Johnson
Melissa A. D. Ranaldo (ERN 2630), Attorney for Defendant Dept. of Housing & Urban Dev.